COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER DENYING MOTION FOR REHEARING

Cause number and style:     01–12–00848–CV; *The City of Texas City v. Suarez, Individually and as Surviving Parent of AS and SS, Deceased, and as Surviving Spouse of Hector Suarez, Deceased*

Date motions filed:     July 11, 2013

Party filing motions:     Appellee

It is ordered that Appellee's Motion for Rehearing is denied.

It is so ORDERED.


Justice's signature: /s/ Laura Carter Higley
               Acting for the Court


Panel consists of Chief Justice Radack and Justices Higley and Brown.


Date: October 31, 2013